respondent. *Wayne D. Williams* filed a brief for Hamm, as *amicus curiae,* supporting the petition. Reported below: 164 F. 2d 785.

No. 707. AMBROSIA CHOCOLATE CO. *v.* AMBROSIA CAKE BAKERY, INC. C. C. A. 4th. Certiorari denied. *Thornton H. Brooks* and *Ira Milton Jones* for petitioner. *William S. Pritchard, Winston B. McCall* and *D. Edward Hudgins* for respondent.

No. 680. McRAE *v.* WOODS, HOUSING EXPEDITER. United States Emergency Court of Appeals. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, John R. Benney, Ed Dupree, Charles P. Liff* and *Philip Travis* for respondent.

No. 210, Misc. EASTER *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 282, Misc. CARTER *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 384, Misc. GENTILE *v.* BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 388, Misc. WASIAKOWSKI *v.* BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 536. PETROWSKI *v.* NUTT, COLONEL, AIR CORPS, U. S. A., *ante,* p. 842. Rehearing denied.